

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
01/11/2021

IN RE:                                    CASE NO. 16–32321
Ronald Paul Singer                  CHAPTER 13

    Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*111* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

         Amount: $ 2,879.82
         Owed to: SPRING AUTO SALES LLC

Signed and Entered on Docket: 1/11/21.

                                                  by: <u>Kristy Love</u>
                                                      Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.